FILED
SUPERIOR COURT
OF GUAM

2023 JUN -6 PM 2:36

CLERK OF COURT
BY:

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CF0073-19** |
| | GPD Report No. 19-03687 |
| v. | **Criminal Case No. CF0261-20** |
| | GPD Report No. 20-12508 |
| **ATANACIO RODRIGO S. CEPEDA** | |
| (*aka* **ATANACIO RODRIGO CEPEDA**) | **DECISION AND ORDER** |
| (*aka* **ATANACIO SABLAN CEPEDA**), | **DENYING DEFENDANT'S MOTION TO** |
| DOB: 10/14/1994 | **REDUCE SENTENCE** |
| | |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on March 31, 2023 for hearing on Atanacio Rodrigo S. Cepeda's (*aka* Atanacio Sablan Cepeda's) ("Defendant's") Motion to Reduce Sentence ("Motion"). Assistant Attorney General Basil O'Mallan represents the People, and Assistant Public Defender Christian Spotanski represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

## BACKGROUND

On February 1, 2022, Defendant pled guilty to Terrorizing (as a 3rd Degree Felony) and Third Degree Robbery (as a 3rd Degree Felony). See Minute Entry (Feb. 1, 2022). Under the terms of his plea agreement, Defendant was to serve five (5) years incarceration at the Department of Corrections, Mangliao ("DOC"), with the parties to argue for a range of suspension of up to four (4) years, with credit for time served. See Plea Agreement at 4 (Jun. 3, 2022). Defendant was ultimately sentenced on April 14, 2022 to five (5) years incarceration at DOC, with no suspended portion. See Minute Entry (Apr. 14, 2022).

Decision and Order Denying Defendant's Motion to Reduce Sentence
CF0073-19 & CF0261-20, *People of Guam v. Atanacio Cepeda*
Page **1** of 3

On August 12, 2022, Defendant filed his Motion to Reduce Sentence. Defendant requests that the remaining portion of his five-year sentence be suspended. See Motion at 2 (Aug. 12, 2022). Defendant bases this request on his desire to get outside treatment for his drug addition and mental health issues. Id. at 2.

On March 31, 2023, the People filed their Opposition to Motion ("Opposition"). The People claim Defendant can receive his desired treatment while incarcerated and that Defendant provided no compelling reasons justifying a sentence reduction. See Opposition at 1-2 (Mar. 31, 2023).

The Court held a hearing on March 31, 2023. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

### I. Legal Standard:

"The Court may reduce a sentence within one hundred twenty (120) days after the sentence is imposed." See 8 G.C.A. § 120.46.

### II. Application:

Defendant's Motion was timely filed within the established 120 timeframe following his sentencing.

That being said, Defendant has provided an insufficient basis to justify a sentence reduction. DOC offers many avenues and programs allowing Defendant to receive both his desired mental health and drug addiction treatments. For example, DOC offers the RSAT program which should prepare Defendant to return to a sober and drug-free lifestyle once he is released. The RSAT program also provides both individual and group counseling which should allow Defendant to manage his mental health issues.

Defendant also currently remains a danger the community, as indicated by his two separate felony convictions stemming from two completely unrelated instances. Defendant has time to address his mental health and drug addiction issues while incarcerated, and releasing him any earlier would put the community in danger.

Decision and Order Denying Defendant's Motion to Reduce Sentence
CF0073-19 & CF0261-20, *People of Guam v. Atanacio Cepeda*
Page **2** of 3

## CONCLUSION

For the reasons stated above, the Court **DENIES** Defendant's Motion. Defendant's sentence of five years incarceration, none suspended, remains unaltered.

**IT IS SO ORDERED** this ___June 6, 2023___.

_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Denying Defendant's Motion to Reduce Sentence
CF0073-19 & CF0261-20, *People of Guam v. Atanacio Cepeda*
Page 3 of 3